UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11651

| | |
|---|---|
| CHRISTOPHER TORRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF FITCHBURG, | ) |
| MICHAEL J. SEVIGNY, and | ) |
| SCOTT GABRIEL | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter my Appearance for the Defendants, City of Fitchburg, Michael J. Sevigny and Scott Gabriel, in the above-entitled matter.

Respectfully submitted,

/s/ Leonard Kesten
Leonard H. Kesten, BBO# 542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 1, 2009

## CERTIFICATE OF SERVICE

  I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

         /s/ Leonard Kesten
         Leonard Kesten, BBO #542042

Dated:  10-1-09