## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Torres,

    Plaintiff(s),

    V.

CIVIL ACTION

NO. <u>09-11651- FDS</u>

City of Fitchburg, et al.,
    Defendant(s),

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on <u>    August 12, 2010    </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

    By the Court,

<u>   August 12, 2010   </u>       <u>   /s/ Martin Castles   </u>
    Date       Deputy Clerk