**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

CHRISTOPHER TORRES
_____
Plaintiff(s)

V.

CITY OF FITCHBURG, ET AL
_____
Defendant(s)

CIVIL ACTION
NO. 09-11651-FDS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SAYLOR

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On AUGUST 12, 2010 I held the following ADR proceeding:

☐ SCREENING CONFERENCE         ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                             ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                             ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __30__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


AUGUST 19, 2010
_____
DATE

JEROME J. NIEDERMEIER, U.S.M.J.
_____
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)