UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11651

| | |
|---|---|
| CHRISTOPHER TORRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF FITCHBURG, | ) |
| MICHAEL J. SEVIGNY, and | ) |
| SCOTT GABRIEL | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION  OF DISMISSAL

The parties to the above-entitled actions, pursuant to the provisions of Fed. R.

Civ. P. 41(a)(1), hereby stipulate that said actions against the defendants, be dismissed

with prejudice and without costs.  All rights of appeal are waived.

Respectfully submitted,

The Plaintiff,                                  The Defendants,
By his attorneys,                              By their attorneys,


/s/ Kevin Larson                              /s/ Jeremy Silverfine
Kevin C. Larson, BBO#647685          Jeremy I. Silverfine, BBO #542779
Law Office of Kevin C. Larson          Leonard H. Kesten, BBO#542042
19 Salisbury Street                          BRODY, HARDOON, PERKINS & KESTEN
Holden, MA  01520                          One Exeter Plaza
Phone: (508) 829-8181                     Boston, MA 02116
                                                    (617) 880-7100


Dated:  9-22-10

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ Jeremy Silverfine
Jeremy I. Silverfine, BBO #542779

Dated:  9-22-10